FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 30 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUANTAVIUS FOSTER | Criminal Information<br><br>No. 1:24-CR-0142 |

THE U.S. ATTORNEY CHARGES THAT:

**Count One**

Beginning on a date unknown, but at least as of on or about January 9, 2018, and continuing through on or about April 14, 2019, in the Northern District of Georgia and elsewhere, the defendant,

QUANTAVIUS FOSTER,

did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with others known and unknown, to violate Title 21, United States Code, Section 841(a)(1), that is to knowingly and intentionally possess with the intent to distribute a controlled substance, said conspiracy involving at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 846.

## Forfeiture

Upon conviction of the offense alleged in Count One of this Information, the defendant, QUANTAVIUS FOSTER, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Information.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

RYAN K. BUCHANAN
*United States Attorney*

*Bethany L. Rupert*

BETHANY L. RUPERT
*Assistant United States Attorney*
Georgia Bar No. 971630

3