# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:24-cr-142
## United States of America v Quantavius Foster
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 04/30/2024.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 2:30 P.M.
TIME IN COURT: 1:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: 1 CSO
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| DEFENDANT(S): | Quantavius Foster Present at proceedings<br>** Previous Related Case: 1:19-cr-308-AT-3 |
| ATTORNEY(S) PRESENT: | ** Alex Repasky for Defendant<br>** Bethany Rupert for USA |
| PROCEEDING CATEGORY: | Arraignment; |
| PLEADINGS FILED IN COURT: | Criminal Information; Waiver of Indictment; Guilty plea and plea agreement; Notice of Sentencing |
| MINUTE TEXT: | Defendant sworn and entered a knowing and voluntary plea of guilty to the Criminal Information. Bond. |
| HEARING STATUS: | Hearing Concluded |